UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-60130-RKA

AARON LUKA, individually and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

NATIONAL DELIVERY SOLUTIONS, LLC,

    Defendant.

_____/

**JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT AND DISMISS ACTION WITH PREJUDICE AND INCORPORATED MEMORANDUM OF LAW**

    On behalf of the parties, Plaintiff, AARON LUKA, by and through undersigned counsel, moves the Court to review and approve their settlement and dismiss this action with prejudice, as follows:

    1.    Plaintiffs allege Defendants violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to pay alleged unpaid overtime compensation. Defendants vigorously deny any wrongdoing under the FLSA, and further deny Plaintiffs are entitled to any relief whatsoever. The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiffs' claims.

    2.    To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. Per *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). The parties request that the Court review and approve their settlement and dismiss this action with

prejudice. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

3. Luka is represented by counsel in this action. NDS is also represented by counsel, but counsel did not appear in this matter, as settlement was achieved prior to filing an answer. All parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length settlement of Plaintiffs' claims.

4. As a result, Plaintiffs and Defendants have agreed to a resolution of all claims in this matter. The proposed settlement agreement is attached as Exhibit 1.

5. The parties represent that because of this Settlement Agreement, Plaintiffs have already received payment for their alleged unpaid overtime as designated in the Settlement Agreement. The Settlement Agreement also contemplates an agreement as to reasonable attorney's fees.

6. The parties stipulate that they had a bona fide dispute and that they are resolving the matter to avoid the cost and time of litigating the issues, as well as the risks associated with continued litigation. All parties have been represented by counsel throughout the litigation. Additionally, Plaintiff's claims involve disputed issues.

7. The Parties agreed to the terms of the settlement after they were counseled by their respective attorneys.

8. Counsel for both Parties represent that the settlement entered into by the Parties was an arms-length compromise and there was no collusion with regard to the settlement of this matter.

9. Counsel for the Parties also represent that the continuation of this litigation would necessitate further expense necessitating additional expenditures of costs and attorney's fees.

10. Counsel for both parties agree that, in their respective opinions, the settlement is fair and reasonable under the circumstances.

11. The Parties have agreed on a reasonable amount of amount of fees and costs to be awarded to Plaintiffs' counsel. Said reasonable fees have already been paid by Defendant.

12. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length compromise of Plaintiffs' claims.

13. Attached as Exhibit 2 to this motion is undersigned's associate's correspondence with NDS' counsel confirming his representation of NDS and agreeing to the form and content of this motion.

14. Attached as Exhibit 3 to this motion is an affidavit of attorney's fees, as requested by the Court in ECF No. 11.

WHEREFORE, the Parties jointly request that the Court enter an order (a) approving the parties' settlement; (b) dismissing this action with prejudice; and (c) reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.  A proposed order is provided herewith.

Dated: March 12, 2021
Boca Raton, FL

Respectfully submitted on behalf of the parties,

**Daniel R. Levine**
DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-Mail:   DRL@PBL-Law.com
ALEX B.C. ERSHOCK, ESQ.
Florida Bar No. 100220
E-Mail:   ABE@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL   33431
Telephone:     (561) 544-8900
Attorneys for Plaintiffs