UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:21-cv-60130-RKA

AARON LUKA, individually and on behalf
of all others similarly situated,

    Plaintiffs,

vs.

NATIONAL DELIVERY SOLUTIONS, LLC,

    Defendant.
_____/

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, **Patrick M. Hunt**, conduct any and all further proceedings in the case and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| | |
|---|---|
| **Daniel R. Levine** | **Robert J. Linhares** |
| DANIEL R. LEVINE, ESQ. | ROBERT J. LINHARES |
| Florida Bar No. 0057861 | |
| Email:  DRL@PBL-Law.com | Email:  bob@rlblaw.net |
| PADULA BENNARDO LEVINE, LLP | REBMAN, LINHARES & BEACHEM, P.C. |
| 3837 NW Boca Raton Blvd., Suite 200 | 165 N. Meramec, Suite 310 |
| Boca Raton, FL   33431 | St. Louis, MO   63105 |
| Telephone:    (561) 544-8900 | Telephone:    (314) 725-1118 |
| Facsimile:    (561) 544-8999 | Facsimile:    (314) 725-1026 |
| Counsel for Plaintiff | Counsel for Defendant |
| Dated:  March 30, 2021 | Dated:  March 30, 2021 |